UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERI & SONS FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC ALLIANCE, INC., a Nevada corporation; PARKER BOOTH, an individual, <br><br> Defendants. | CASE NO: 3:10-CV-00292-HDM-VPC <br><br> DEFAULT JUDGMENT AGAINST ORGANIC ALLIANCE, INC. |

Upon application by Plaintiff, Peri & Sons Farms, Inc. ("Peri & Sons"), and for good cause appearing, Judgment by Default is hereby entered in favor of Peri & Sons and against Defendant, Organic Alliance, Inc., as follows:

A. For the principal sum of $110.721.26;

B. For accrued interest through August 3, 2010 in the amount of $56.19;

C. For costs in the amount of $381.50 pursuant to Plaintiff's Bill of Costs;[1]

Interest shall accrue on the total judgment of $111,158.95, at the highest lawful rate from entry of judgment until paid in full.

ENTERED this 5th day of August, 2010.

_Howard D McKibben_
UNITED STATED DISTRICT JUDGE

---

[1] 28 USC §1920 (A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree).

4854483_1.DOC

1