Tamara Jankovic (SBN 9840)
tjankovic@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
*Attorneys For Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERI & SONS FARMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation; PARKER BOOTH, an individual,<br><br>Defendants. | CASE NO: 3:10-CV-00292-HDM-VPC<br><br>**DEFAULT JUDGMENT AGAINST PARKER BOOTH** |

Upon application by Plaintiff, Peri & Sons Farms, Inc. ("Peri & Sons"), and for good cause appearing, Judgment by Default is hereby entered in favor of Peri & Sons and against Defendant, Parker Booth, as follows:

A. For the principal sum of $110,721.26;

B. For accrued interest through September 21, 2010 in the amount of $82.92;

C. For costs in the amount of $508.00 pursuant to Plaintiff's Bill of Costs;[1]

Interest shall accrue on the total judgment of $111,312.18, at the highest lawful rate from entry of judgment until paid in full.

ENTERED this 22nd day of September, 2010.

_____
UNITED STATED DISTRICT JUDGE

---

[1] 28 USC §1920 (A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree).

4854483_2.DOC

1